

MEMO ENDORSED

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**MICHAEL SUAREZ**
phone: 212-788-8710
fax: 212-788-0877
email: msuarez@law.nyc.gov

July 3, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/9/08

**BY HAND**
Honorable Richard J. Sullivan
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 615
New York, NY 10007-1312

Re: Charles Gatling v. Warden Mark Hughes, et. al.,
08-CV-4025 (RJS)

Dear Judge Sullivan:

I am the Assistant Corporation Counsel assigned to the above-referenced action. I write to respectfully request that defendants' time to respond to the Complaint be extended from June 23, 2008 to July 23, 2008. This is defendants' first request for an extension of time in this matter. The additional time is necessary to interview the named defendants and determine issues of representation pursuant to General Municipal Law 50-k(2), as well as to conduct an investigation into plaintiff's allegations. Additionally, upon information and belief, not all of the individually named defendants were served with the Summons and Complaint. An extension of time will increase the likelihood of this office being able to interpose a single response to the complaint.

As defendant is currently incarcerated and proceeding *pro se*, I am unable to obtain his consent for this request.

      Thank you for your consideration of defendants' request for an extension of time in this matter.

<div align="right">Respectfully Submitted,

*[signature]*

Michael Suarez (MS 5038)
Assistant Corporation Counsel</div>

cc:    Charles Gatling, *pro se*
       North Infirmary Command
       15-00 Hazen Street
       East Elmhurst, New York 11370

---

*[handwritten]:* Although defendants' request for an extension of time in which to answer the complaint was submitted more than 10 days after said answer was due, the Court nevertheless grants Defendants' request nunc pro tunc. Defendants shall answer or otherwise respond to the complaint by July 23, 2008. No further extensions will be granted absent truly compelling circumstances.

SO ORDERED
Dated: 7/8/08
RICHARD J. SULLIVAN
U.S.D.J.